FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0644

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA-24-0644

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DONALD LEE AFTEM,

      Defendant and Appellant

## ORDER

Upon consideration of the Appellant's Unopposed Motion, and good cause appearing,

IT IS HEREBY ORDERED:

1. Appellant's Motion is GRANTED;

2. Appellant will have until end of day on January 27, 2025, to file their Opening Brief with the Court.

DATED this ____ day of December 2025, in Helena, Montana.

_____
CLERK OF THE SUPREME COURT

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 20 2024